```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JULIO MELECIO,                      :
                                    :
                    Plaintiff,      :
                                    :   07 Civ. 3663(LBS)(THK)
        -against-                   :
                                    :         ORDER
                                    :
MR. VICTOR, et al.                  :         Pro Se
                                    :
                                    :
                    Defendants.     :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred for the purpose of settlement; it is hereby ORDERED that a telephone conference shall be held on March 4, 2008 at 10:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Julio Melecio, No. 07-A-3977, made available for this conference. Defendants' counsel shall initiate the conference call. Defendants' counsel must have settlement authority.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: January 29, 2008
       New York, New York