**MEMO ENDORSED**

Melecio, Julio #07-A-3977
Marcy Correctional Facility
Box 3600
Marcy, N.Y.

To: Hon. Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
N.Y.   N.Y.   10007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

Denied as premature.

Re: Melecio, Julio V. Victor, et. al
07-CV-3663 [LBS] [THK]

Date: April 1st 2008

So ordered
/s/ B Sand
USDJ
4/16/08

Dear, Judge Sand;
 I, Mr. Julio Melecio I.D #07-A-3977, located at the above location writing this letter on behalf for I the (Plaintiff) to inform you that on 3/28/08, I recieved it from the defendants Attorney: Mr. Sumit, Sud, the (Defendants First Set of Interrogatories), And I have some documents that I have to forward My date of birth as My S.S. # And that's my personal-information that I do not request to be forward; to (None) of any defendants, due to the fact that some-one have stolen My (Social-Security) number and using it for a T.V. Cable and also a cell-phone as I was arrested on Sept 1st 2005, until Sept. 9, 2005 For I being accused that I was or sold (150-Guns) to a Federal-Agent in the State of (Florida) as the warrant was issued in 2004 and I was released from (Auburn Corr. Facility) July 19th 2005, and the case was dismissed on behalf of My (Parole-Officer) Ms. Solorzano, Miriam, Shield #1845, Bronx V Office, to contact her is # (718) 402-7735, I hope that this matter can be respected; due to the fact that I can not recieve the defendants private information (Medical-Records) but the defendant's can request for mines as have My personal Information. (Case Docket #2005QN041598)

 Your Honor, Sand; I'm requesting to (Subpoenas) Individual's, Ms: Darcy L. Hirsh, Legal-Assistant, The Legal Aid Society; as the Assistant-Doctor of (Correctional-Facility) Urge-Care at (Rikers Island) Mr. Flores, and also Inmate: Mr. Green Roland - 2-B-3-cell that was (present) for the incident of 3/27/07, and states that he seen My Face beat-up, although the doctor states that My Face was not beat up as (Photos) was taken, I'm requesting these witnesses on (Trial). Please.

(1)

**MEMO ENDORSED**

Your Honor; I hope to hear from you as soon as possible (please)

THANK you very much.

I'm also request this witness for trial Mr: HECTOR GUEVARA that used to lock on 2-B-9-Cell At (G.R.V.C). And I had it to use his name /and #'s, on behalf that my mail was being tamper with. I request to (Subpoenas) All witnesses (please).

cc: File:

Sincerely yours

Julio Melecio
Julio. MELECIO
Marcy Corr. Facility
Box 3600
Marcy, N.Y. 13403
I.D. # 07-A-3977

**MEMO ENDORSED**

COPIES MAILED TO ALL PARTIES
4-16-08 84.