ALEXANDRA A. LEWIS-REISEN
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys for Plaintiff JULIO MELECIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO MELECIO,<br><br>            Plaintiff,<br><br>    -against-<br><br>MR. LYNDON VICTOR, CORRECTIONS OFFICER, et al.,<br><br>            Defendants. | **(ECF Matter)**<br><br>No. 07 CV 3663 (LBS)<br><br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Alexandra A. Lewis-Reisen of O'Melveny & Myers LLP as counsel for Plaintiff Julio Melecio in the above-captioned case.

Dated: New York, New York
      April 28, 2008

                                          Respectfully submitted,
                                          O'MELVENY & MYERS LLP

                                          By: _____
                                                Alexandra Lewis-Reisen
                                                O'Melveny & Myers LLP
                                                7 Times Square
                                                New York, New York 10036
                                                (212) 326-2000